Frank CALAMIA et al., Appellants, v. CHRYSLER CORPORATION.

No. 14014.

United States Court of Appeals
Eighth Circuit.

Nov. 1, 1949.

John E. Von Dorn, Robert J. Webb and Harold M. Kelley, Omaha, Neb., for appellants.

W. C. Fraser and R. G. Fraser, Omaha, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed at costs of appellants, on motion of appellee.

CHICAGO & NORTH WESTERN RAILWAY COMPANY, a Corporation, Appellant, v. John W. MERTENS.

No. 14025.

United States Court of Appeals
Eighth Circuit.

Nov. 28, 1949.

Warren Newcome, Chicago, Ill., Alfred E. Rietz and George H. Henke, St. Paul, Minn., for appellant

Tom Davis, Carl L. Yaeger and Philip B. Lush, Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.

LOUISIANA FARMERS' PROTECTIVE UNION, Inc., Appellant, v. The GREAT ATLANTIC & PACIFIC TEA COMPANY OF AMERICA, Inc., et al.

No. 13977.

United States Court of Appeals
Eighth Circuit.

Nov. 29, 1949.

James H. Morrison, Hammond, La., and Cameron C. McCann, New Orleans, La., for appellant.

Grover T. Owens, E. L. McHaney, Jr., Little Rock, Ark., Carl M. Jacobs, Cincinnati, Ohio, and Michael J. O'Neill, New York City, for appellees.

PER CURIAM.

Appeal from District Court, 83 F.Supp. 646, dismissed with prejudice at costs of appellant, on motion of appellant.